UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    LEE ARTHUR THOMPSON, a/k/a "LT,"
2.    ALVIN HUTCHINSON, a/k/a "BIG AL,"
3.    JORGE BANUELOS,
4.    CECILIA LOZANO,
5.    DENISE GUTIERREZ,
6.    KENNETH PRIEN, a/k/a "KENNY,"
7.    RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.    WILLIAM L. GLADNEY, a/k/a "L,"
9.    STEVEN LAMONT ELLIS,
10.   JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.   JESSICA CRUTHERS,
**12.   PAUL ROSE, JR.,**
13.   DAVID ZAMORA,
14.   STEVE ZAMORA, and
15.   MILTON A. YON,

      Defendants.

_____

## ORDER RESCHEDULING SENTENCING HEARING
_____

The Sentencing Hearing previously set for **Defendant Paul Rose, Jr.** on July 10, 2006  is

hereby reset to **September 11, 2006 at 9:15 a.m.** in the United States District Court for the

District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street,

Denver, Colorado.

Dated this 20th day of June 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge