UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. **PAUL ROSE, JR.,**
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

       Defendants.

## ORDER GRANTING UNOPPOSED MOTION
## TO CONTINUE SENTENCING HEARING

**THIS MATTER** is before the Court on Paul Rose's Unopposed Motion to Continue Sentencing **(#821)** currently set for **September 11, 2006 at 9:15 a.m.**  This Defendant desires to be sentenced after the last trial is held for his co-defendants.

Good cause having been shown,

**IT IS ORDERED** that Paul Rose's Unopposed Motion to Continue Sentencing **(#821)** is **GRANTED.** The sentencing hearing set for Paul Rose Jr. on **September 11, 2006** is **VACATED** and **RESET** to **April 23, 2007 at 10:00 a.m.**

Dated this 17th day of July, 2006

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge