UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. **PAUL ROSE, JR.,**
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

      Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING

---

THIS MATTER comes before the Court on Defendant Paul Rose's Unopposed Motion to Re-Set Sentencing Hearing **(#1241).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#1241) is GRANTED**. The sentencing hearing currently set to commence **April 23, 2007 at 10:00 a.m.** is **VACATED** and **RESET to April 23, 2007** at **12:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 19th day of April, 2007

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge