**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Valeri P. Barnes          Date: April 23, 2007
Court Reporter:  Paul Zuckerman
Probation Officer: Jan Woll

Criminal Action No. 05-cr-00141-12-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Jaime Pena
                                            Gregory Rhodes
           Plaintiff,

v.

12. PAUL ROSE, JR.,                         Thomas Hammond

           Defendant.

---

### SENTENCING MINUTES
---

**12:31 p.m.     Court in session**.

Defendant present in custody.

Also present: Special Agent Kristen Heiman.

**Change of Plea Hearing on January 10, 2007.  Defendant pled guilty to Count Three of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties do contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant, and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance (**1200**) is **granted.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his/her right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**1:21 p.m.    Court in recess/hearing concluded.**

Total Time: 00:50